COLT / SINGER / BEA LLP
  Benjamin L. Singer (Bar. No. 264295)
  bsinger@coltsinger.com
235 Montgomery Street, Suite 907
San Francisco, CA 94104
Telephone: (415) 500-6080
Facsimile: (415) 500-6080

Attorneys for Defendant

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALBERT JOHN FREEMAN, <br><br> Plaintiff, <br><br> v. <br><br> WALGREEN CO., <br><br> Defendant. | CASE NO. 13-CV-05056-JSW <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |

Pursuant to Civil L.R. 7-12, the parties, by and through their undersigned counsel of record, submit the following stipulation and proposed order.

WHEREAS, on October 29, 2013, Plaintiff Albert John Freeman ("Plaintiff" or "Freeman") filed a Complaint for Patent Infringement ("Complaint") against Defendant Walgreen Co. ("Walgreen") (collectively, "Parties") (Dkt. 1);

WHEREAS, the Court originally noticed the initial Case Management Conference for February 7, 2014 (Dkt. 5) and then continued it to February 14, 2014 (Dkt. 7);

WHEREAS, the Parties stipulated to extend Walgreen's time to respond to the Complaint until January 29, 2014 (Dkt. 8);

WHEREAS, the Parties are engaged in settlement discussions, are progressing towards an amicable resolution, and believe they would benefit from the opportunity to focus on such a resolution before the litigation proceeds;

WHEREAS the Parties have agreed that Walgreen may have until February 19, 2014 to answer or otherwise respond to the Complaint;

WHEREAS, the Parties believe that good cause exists to continue the Case Management Conference from February 14, 2014, to March 7, 2014, or a date thereafter that is convenient for the Court;

WHEREAS, the requested extensions will conserve judicial and party resources and promote efficiency and economy;

IT IS HEREBY STIPULATED AND AGREED among the undersigned parties as follows:

(1) The deadline for Walgreen to answer or otherwise respond to the Complaint shall be extended to February 19, 2014; and

(2) The Case Management Conference currently scheduled for February 14, 2014, shall be continued to March 7, 2014, or such later date as is convenient for the Court.

Date: January 22, 2014            Respectfully submitted,

COLT / SINGER / BEA LLP


By: /s/ Benjamin L. Singer
    Benjamin L. Singer

Attorneys for Defendant

Date: January 22, 2014            LAW OFFICE OF JOHN W. CARPENTER, LLC


By: /s/ John W. Carpenter
    John W. Carpenter

Attorneys for Plaintiff

**L.R. 5-1(i) ATTESTATION**

I, Benjamin L. Singer, am the ECF user whose ID and password are being used to file the parties' STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT. In compliance with Local Rule 5-1(i), I hereby attest that John W. Carpenter, counsel for Plaintiff has concurred in this filing.

                                                /s/ Benjamin L. Singer

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION AND GOOD CAUSE SHOWN, the parties' joint request is GRANTED and the February 14, 2014 Case Management Conference is continued and shall be held on  March 21           , 2014. at 1:30 p.m.  The parties' joint case management statement shall be due on or before March 14, 2014.

Dated: January 22, 2014

_____
Honorable Jeffrey S. White
United States District Court Judge