JOHN W. CARPENTER (Bar No. 221708)
john@jwcarpenterlaw.com
829 Baronne Street
New Orleans, LA 700113
Telephone: (504) 581-9311
Facsimile: 1- 866-410-6248

Attorneys for Plaintiff
Albert John Freeman

BENJAMIN L. SINGER (BAR NO. 264295)
COLT/SINGER/BEA LLP
235 Montgomery Street, Suite 907
San Francisco, CA 94104
Telephone: (415) 500-6080
Facsimile: (415) 500-6080
E-Mail: bsinger@coltsinger.com

Attorneys for Defendant
Walgreen Co.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALBERT JOHN FREEMAN,**<br><br>Plaintiff,<br><br>vs.<br><br>**WALGREEN CO.,**<br><br>Defendants. | CASE NO. 13-CV-05056-JSW<br><br>**JOINT NOTICE OF SETTLEMENT AND [PROPOSED] ORDER**<br><br>JUDGE: Hon. Jeffrey S. White |

TO THE COURT:

PLEASE TAKE NOTICE that the parties to the above-captioned matter have reached a settlement in principle, and respectfully request the Court continue all deadlines in this matter to enable the parties to memorialize their settlement agreement and thereby fully and finally resolve this dispute, and subsequently file a Notice of Dismissal.

Specifically, the Parties request that the deadline for Walgreen to answer or otherwise respond to the Complaint be continued to March 19, 2014; and the Case Management Conference

1 | scheduled for March 7, 2014 be continued to April 11, 2014, or such later date as is convenient
2 | for the Court.

Respectfully submitted,

DATED: January 31, 2014        By /s/ John W. Carpenter
                               JOHN W. CARPENTER (Bar No. 221708)
                               john@jwcarpenterlaw.com
                               829 Baronne Street
                               New Orleans, LA 700113
                               Telephone: (504) 581-9311
                               Facsimile: 1- 866-410-6248

                               *Attorneys for Plaintiff*
                               *Albert John Freeman*

DATED: January 31, 2014        By /s/ Benjamin L. Singer
                               BENJAMIN L. SINGER (BAR NO. 264295)
                               COLT/SINGER/BEA LLP
                               235 Montgomery Street, Suite 907
                               San Francisco, CA 94104
                               Telephone: (415) 500-6080
                               Facsimile: (415) 500-6080
                               E-Mail: bsinger@coltsinger.com

                               Attorneys for Defendant
                               Walgreen Co.

- 2 -        JOINT NOTICE OF SETTLEMENT AND
             [PROPOSED] ORDER
             CV 13-5056 JSW

## **ORDER**

IT IS HEREBY ORDERED that all deadlines previously set in this matter are continued and that the deadline for Walgreen to answer or otherwise respond to the Complaint be extended to March 19, 2014; and the Case Management Conference scheduled for March 7, 2014 be continued to April ~~11~~ 18, 2014.

DATED: February 4, 2014

_____
Honorable Jeffrey S. White
United States District Court Judge